

**NUMBER 13-19-00463-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**TATIYANA GENEVA ALTECOR,**                                    **Appellant,**

**v.**

**UNITED PROPERTY AND
CASUALTY INSURANCE,**                                    **Appellee.**

---

On appeal from the 370th District Court
of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Chief Justice Contreras**

Appellant, Tatiyana Geneva Altecor, filed an appeal from a case currently pending in the 370th District Court of Hidalgo County, Texas, in cause number C-2974-17-G. This cause is before the Court on appellant's motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal without prejudice for want of jurisdiction.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITHOUT PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
14th day of November, 2019.